| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR |
| | * | THE DISTRICT OF MARYLAND |
| JEFRREY KEYSER | * | Case No: RDB:19-0303 |

\*\*\*\*\*\*\*\*\*\*\*

MOTION TO DETERMINE COMPETENCY TO STAND TRIAL

Now comes the defense, pursuant to 18 USC §4241 requesting that a psychiatric or psychological examination of the defendant be conducted and that a report be filed with the court pursuant to the provisions of sections §4247 (b) and (c):

1. Undersigned counsel has reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extend that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

WHEREFORE, the Defendant moves this Honorable Court to order an examination to determine competency to stand trial and criminal responsibility.

Respectfully submitted,

/S/ Warren A. Brown_____
WARREN A. BROWN#01367
WARREN A. BROWN, P.A.
711 St. Paul Street
Baltimore, Maryland 21202
(410) 685-4900
warrenabrown_esq@yahoo.com
Attorneys for Defendant

I HEREBY CERTIFY that on this 13th day of February 2020, a copy of the foregoing Motion to Determine Competency to Stand Trial and Accompanying Order was electronically filed.

/S/ Warren A. Brown
WARREN A. BROWN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR |
| | * | THE DISTRICT OF MARYLAND |
| JEFFREY KEYSER | * | Case No: RDB:19-0303 |

***************

## ORDER

HAVING READ and CONSIDERED the foregoing Motion to Determine Competency to Stand Trial, in the above captioned case it is hereby_____ day of _____, 2020, **ORDERED** that an examination be conducted.

_____
JUDGE